UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
WILBERT LARCHER,

                      Plaintiff,

  -against-                                            REPORT & RECOMMENDATION

WELLS FARGO BANK, N.A.,                  20-CV-1075 (RRM) (SMG)

                      Defendant.
-----------------------------------------------------------x
GOLD, STEVEN M., U.S. Magistrate Judge:

      Plaintiff filed his complaint in this action on February 27, 2020. The complaint in essence seeks to vacate a judgment of foreclosure entered against plaintiff in Supreme Court, Kings County. Compl. ¶ 2, Dkt. 1.

      There is no indication on the docket that the complaint has been served. Accordingly, on June 12, 2020, I issued an order directing plaintiff to submit a letter indicating how he intends to proceed with the case by June 19, 2020.

      Plaintiff did not respond to my Order of June 12, 2020. Accordingly, on June 30, 2020, I issued a second order, this time directing him to submit a letter by July 9, 2020 and alerting plaintiff that failure to comply might result in a recommendation that this case be dismissed.

      Plaintiff did not respond by July 9, 2020 as directed. Plaintiff did, however, submit a response on July 21, 2020. Dkt. 3. The response includes a letter from counsel indicating that an affidavit demonstrating timely service on defendant is enclosed. The enclosed documents do not, however, include an affidavit of service. Instead, the attached documents include an invoice from a process service company indicating that they were first retained to accomplish service in this case on June 26, 2020, *id.* at 2, and an affidavit of *non-service* dated that same day, *id.* at 3.

      A complaint that is not served within 90 days must be dismissed without prejudice unless the court extends the time for service or the plaintiff shows good cause for failing to accomplish

timely service. Fed. R. Civ. P. 4(m). Having filed his complaint on February 27, 2020, plaintiff was required to accomplish service by May 29, 2020. Yet the documents submitted by plaintiff indicate that he made no effort to serve defendant until June 26, 2020, after this Court issued an order directing plaintiff to state how he intended to proceed with the case—an order plaintiff ignored. Moreover, plaintiff has offered no explanation for his failure to accomplish timely service. Finally, although plaintiff's counsel represents that service has now been accomplished, the documents he submits to corroborate that point refute it instead.

For all these reasons, I respectfully recommend that this action be dismissed without prejudice. Any objections to the recommendations made in this Report must be submitted within fourteen days after filing of the Report and, in any event, no later than August 5, 2020. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. Proc. 72(b)(2). Failure to file timely objections may waive the right to appeal the District Court's order. *See Small v. Sec'y of Health & Human Servs.*, 892 F.2d 15, 16 (2d Cir. 1989) (discussing waiver under the former ten-day limit).

/s/
Steven M. Gold
United States Magistrate Judge

Brooklyn, New York
July 22, 2020

U:\#JAV 2019-2020\Larcher v. Wells Fargo, 20-CV-1075\R&R.docm